NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————————

**LOUIS HARRIS,**
*Petitioner,*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

———————————————

2013-3066

———————————————

Petition for review of the Merit Systems Protection Board in No. SF0831130026-I-1.

———————————————

**ON MOTION**

———————————————

**O R D E R**

Louis Harris moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

LOUIS HARRIS V. MSPB                                             2

                              FOR THE COURT

                               /s/ Jan Horbaly
                               Jan Horbaly
                               Clerk

s21